Sylvester and Beverly **GAUL,**
Appellants,

v.

Clyde and Anita **ENYEART** and Helen
Huntsberry, Respondents.

No. WD 57771.

Missouri Court of Appeals,
Western District.

Dec. 12, 2000.

Vance Preman, Kansas City, for appellant.

Thomas Nichols Chapman, Chillicothe, for respondent.

Before SPINDEN, Chief Judge, BRECKENRIDGE, Judge, and NEWTON, Judge.

## ORDER

Sylvester and Beverly Gaul appeal the circuit court's judgment which ordered them to pay $22,815 to Clyde and Anita Enyeart and Helen Huntsberry. The circuit court found that the Gauls damaged and destroyed the Enyearts' and Huntsberry's crops by wrongfully diverting water and trespassing upon their property. We affirm. Rule 84.16(b).